Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOYA, JR., <br><br> Plaintiff, <br><br> v. <br><br> MEDICAL DATA SYSTEMS, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 5:20-cv-00431-JGB-SPx <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the stipulation by and between Plaintiff Samuel Loya, Jr. and Defendant Medical Data Systems, Inc., this Court hereby dismisses this action with prejudice. Each party to bear its own fees and costs. IT IS SO ORDERED.

DATE: January 13, 2021

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE